**HUNTON & WILLIAMS LLP**
Chris M. Amantea (SBN 147339)
camantea@hunton.com
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
Telephone: 213-532-2000
Facsimile: 213-532-2020

*Attorneys for Plaintiff RSR Corporation and Quemetco, Inc.*

**SPERLING & SLATER, P.C.**
Eugene J. Frett (admitted *pro hac vice*)
gfrett@sperling-law.com
Dina G. Rollman (admitted *pro hac vice*)
drollman@sperling-law.com
55 W. Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone: 312-641-3200
Facsimile: 312-641-6492

*Attorneys for Plaintiff Davis Wire Corporation*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RSR Corporation, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AARON FERER & SONS, CO., *et al.*,<br><br>Defendants. | Case No: CV 09-01891-DMG (AJWx)<br><br>**REQUEST TO ENTER DEFAULT AGAINST DEFENDANT LEE'S BATTERIES**<br><br>**DECLARATION OF DINA G. ROLLMAN IN SUPPORT THEREOF; [PROPOSED] DEFAULT BY CLERK**<br><br>[Each Filed Under Separate Cover]<br><br>**Hon. Dolly M. Gee** |

LAS99 1763136-1.029667.0044

REQUEST FOR ENTRY OF DEFAULT BY CLERK

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2  Plaintiffs Davis Wire Corporation, RSR Corporation and Quemetco, Inc. ("Plaintiffs") respectfully request that the Clerk of the above-entitled Court enter default against Defendant Lee's Batteries ("Lee's") under Rule 55(a) of the Federal Rules of Civil Procedure on the ground that Lee's failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff caused the Summons and Complaint to be served by process server on Lee's on July 21, 2009. A copy of the proof of service of the Summons and Complaint on Defendant Lee's is attached to the Declaration of Dina G. Rollman as Exhibit 1.

The above stated facts are set forth in the accompanying declaration of Dina G. Rollman, filed herewith.

Date: March 19, 2010                **HUNTON & WILLIAMS LLP**

By: /s/ Chris M. Amantea
-------
CHRIS M. AMANTEA
Attorneys for Plaintiffs,
RSR CORPORATION AND
QUEMETCO, INC.

Date: March 19, 2010                **SPERLING & SLATER, P.C.**

By: /s/ Eugene J. Frett
-------
EUGENE J. FRETT
Attorneys for Plaintiff,
DAVIS WIRE CORPORATION

LAS99 1763136-1.029667.0044                    1

**REQUEST FOR ENTRY OF DEFAULT BY CLERK**

## DECLARATION OF DINA G. ROLLMAN

I, Dina G. Rollman, declare and state as follows:

1. I am an attorney licensed to practice law before all of the courts in the State of Illinois and have been admitted by this court to appear in this matter *pro hac vice*. I am an associate with the law firm of Sperling & Slater, P.C., and am counsel for Plaintiff Davis Wire Corporation. I make this Declaration in support of Plaintiff's Request to enter Default against Defendant Lee's. I have personal knowledge of the facts set forth in this Declaration and, if called upon, I could and would testify competently thereto.

2. Defendant Lee's was served with a copy of the Summons, Complaint and related documents on July 20, 2009. Attached to this Declaration as Exhibit 1 is a true and correct copy of the Proof of Service of Summons and Complaint.

3. Defendant Lee's has not appeared in this action and has not responded to the Complaint within the time permitted by law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 19th day of March, 2010 in Chicago, Illinois.

Dated: March 19, 2010          /s/ Dina G. Rollman
                               DINA G. ROLLMAN

# EXHIBIT 1

| Attorney or Party without Attorney:<br>CHRIS M. AMANTEA, ESQ., Bar #147339<br>HUNTON & WILLIAMS, LLP<br>550 SOUTH HOPE STREET<br>SUITE 2000<br>LOS ANGELES, CA 90071<br>Telephone No: 213-532-2000     FAX No: 213-532-2020<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|

| Ref. No. or File No.: |
|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Central District Of California

Plaintiff: RSR CORPORATION, ET AL.
Defendant: AARON FERER & SONS, CO., ET AL.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV09-01891 DSF JTLX |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT; NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); NOTICE OF INTERESTED PARTIES; CIVIL COVER SHEET; NOTICE TO PARTIES OF ADR PILOT PROGRAM; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; CLERK'S OFFICE SERVICES FOR ATTORNEYS AND THE GENERAL PUBLIC; NOTICE TO COUNSEL; UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA CIVILITY AND PROFESSIONALISM GUIDELINES.

3. a. Party served:           LEE'S BATTERIES
   b. Person served:         CHAD STONEMAN, AGENT AUTHORIZED TO ACCEPT SERVICE. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:   15232 ARROW HIGHWAY
                                         BALDWIN PARK, CA 91706

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jul. 20, 2009 (2) at: 12:20PM

7. Person Who Served Papers:                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CATHY JO GARCIA                                 d. The Fee for Service was:

   First Legal Support Services                       e. I am: (3) registered California process server
   ATTORNEY SERVICES                                      (i) Independent Contractor
   1511 BEVERLY BOULEVARD                                 (ii) Registration No.:    5882
   Los Angeles, CA 90026                                  (iii) County:             Los Angeles
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Jul. 20, 2009

   Judicial Council Form                PROOF OF SERVICE                       (CATHY JO GARCIA)
   Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT                    4410678.chram.226576