| | |
|---|---|
| 1 | CHRIS AMANTEA (State Bar No. 147339) |
| 2 | **HUNTON & WILLIAMS LLP**<br>E-mail: camantea@hunton.com |
| 3 | 550 South Hope Street, Suite 2000<br>Los Angeles, California 90071-2627 |
| 4 | Telephone: 213 • 532 • 2000<br>Facsimile: 213 • 532 • 2020 |
| 5 | |
| 6 | Attorneys for Plaintiffs,<br>RSR CORPORATION AND QUEMETCO, INC. |
| 7 | |
| 8 | EUGENE J. FRETT (admitted pro hac vice) |
| 9 | DINA ROLLMAN (admitted pro hac vice)<br>**SPERLING & SLATER, P.C.** |
| 10 | E-mail: gfrett@sperling-law.com<br>55 West Monroe Street, Suite 3200 |
| 11 | Chicago, Illinois  60603<br>Telephone: 312 • 641 • 3200 |
| 12 | Facsimile: 312 • 641 • 6492 |
| 13 | Attorneys for Plaintiff<br>DAVIS WIRE CORPORATION |
| 14 | |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RSR CORPORATION, QUEMETCO, INC., AND DAVIS WIRE CORPORATION<br><br>            Plaintiffs,<br><br>    v.<br><br>AARON FERER & SONS, CO., et al., and DOES 10 through 100, Inclusive,<br><br>            Defendants. | CASE NO.:  CV-09-01891 DMG (AJWx)<br><br>**NOTICE OF ASSIGNMENT OF JUDGMENT**<br><br>Hon. Dolly M. Gee |

1. Plaintiffs/Judgment Creditors RSR Corporation, Quemetco, Inc. and Davis Wire Corporation have assigned only to Richard Hyppa all of their right, title and interest in and to the Judgment entered in this matter on July 12, 2011 against Defendant I.G.R. Inc.

2. The address of Plaintiffs/Assignors/Judgment Creditors RSR Corporation, Quemetco, Inc. and Davis Wire Corporation, for purposes of this assignment only, is c/o Dina Rollman, Sperling & Slater, 55 W. Monroe St., Suite 3200, Chicago, Illinois 60603, Telephone (312) 641-3200.

3. The last known address of Defendant and Judgment Debtor I.G.R., Inc., a California corporation, is c/o Ira Ross, 3032 5th Avenue, Sacramento, California 95817.

4. The address of Assignee Richard G. Hyppa for all purposes of this assignment is 120 E. 12th St., Tracy, California 95376.

Dated: 6/26/2012          /s/ Chris Amantea
                          RSR Corporation, Plaintiff and Judgment
                          Creditor, by One of its Attorneys

Dated: 6/26/2012          /s/ Chris Amantea
                          QUEMETCO, Inc., Plaintiff and Judgment
                          Creditor, by One of its Attorneys

                          CHRIS AMANTEA (State Bar No. 147339)
                          **HUNTON & WILLIAMS LLP**
                          E-mail: camantea@hunton.com
                          550 South Hope Street, Suite 2000
                          Los Angeles, California 90071-2627
                          Telephone: 213 • 532 • 2000
                          Facsimile: 213 • 532 • 2020

| | | |
|---|---|---|
| 1 | Dated: 6/26/2012 | /s/ Eugene J. Frett |
| 2 | | Davis Wire Corporation, Plaintiff and Judgment Creditor, by One of its Attorneys |
| 3 | | |
| 4 | | EUGENE J. FRETT (admitted pro hac vice) |
| | | DINA ROLLMAN (admitted pro hac vice) |
| 5 | | **SPERLING & SLATER, P.C.** |
| | | E-mail: gfrett@sperling-law.com |
| 6 | | 55 West Monroe Street, Suite 3200 |
| | | Chicago, Illinois 60603 |
| 7 | | Telephone: 312 • 641 • 3200 |
| | | Facsimile: 312 • 641 • 6492 |

3

# CERTIFICATE OF SERVICE

I, Eugene J. Frett, an attorney, hereby certify that on June 26, 2012, I electronically filed **NOTICE OF ASSIGNMENT OF JUDGMENT** using the CM/ECF system, through which the foregoing was sent to all registered e-filers in this action. I also certify that I sent a copy of the foregoing to the following persons listed below by U.S. Mail:

Richard Hyppa
120 E. 12th St., Tracy
California 95376

/s/ Eugene J. Frett
Eugene J. Frett